IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | No. C 15-5994 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| ROBERT AYERS, | (Docket No. 2, 5) |
| Respondent. | |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. In the petition he challenges a pretrial order by Magistrate Judge Larry B. Nord in a civil rights case, No. C. 95-3162 LBN (N.D. Cal., Nov. 21, 2001), that was closed in 2002 pursuant to a settlement agreement. The pretrial order cannot be challenged in a federal petition for writ of habeas corpus.

His application to proceed in forma pauperis (dkt. 2, 5) is **GRANTED**.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February  1  , 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE